**Electronically Filed
Supreme Court
SCWC-16-0000679
04-APR-2019
08:40 AM**

SCWC-16-0000679 AND SCWC-16-0000782

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BENJAMIN PAUL KEKONA and TAMAE M. KEKONA,
Petitioners and Respondents/
Plaintiffs/Counterclaim-Defendants/Appellees,

vs.

PAZ F. ABASTILLAS, also known as PAZ A. RICHTER,
ROBERT A SMITH, personally,
Respondents and Petitioners/
Defendants/Counterclaim-Plaintiffs/Appellees,

and

ROBERT A. SMITH, Attorney at Law, A Law Corporation,
STANDARD MANAGEMENT, INC., U.S. BANCORP MORTGAGE COMPANY,
an Oregon Company, WESTERN SURETY COMPANY,
sued herein as Doe Entity 1,
Respondents/Defendants-Appellees,

and

MICHAEL BORNEMANN, M.D.,
Respondent and Petitioner/Defendant-Appellant.

(CAAP-16-0000679; CIV. NO. 93-3974-10)

-----------------------------------------------------------------

BENJAMIN PAUL KEKONA and TAMAE M. KEKONA,
Petitioners and Respondents/
Plaintiffs/Counterclaim-Defendants/Appellees,

vs.

PAZ F. ABASTILLAS, also known as PAZ A. RICHTER,
ROBERT A SMITH, personally,
Respondents and Petitioners/
Defendants/Counterclaim-Plaintiffs/Appellants,

and

ROBERT A. SMITH, Attorney at Law, A Law Corporation,
STANDARD MANAGEMENT, INC., MICHAEL BORNEMANN, M.D.,
U.S. BANCORP MORTGAGE COMPANY, an Oregon Company,
WESTERN SURETY COMPANY, sued herein as Doe Entity 1,
Respondents/Defendants-Appellees.

(CAAP-16-0000782; CIV. NO. 93-3974-10)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioners and Respondents Tamae M. Kekona,

Individually and Tamae M. Kekona as Personal Representative of

the Estate of Benjamin Paul Kekona's Application for Writ of

Certiorari filed on February 4, 2019 is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 4, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2